IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA POUNCY,

    Plaintiff,

v.                               5:10cv184/MCR/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 24, 2011. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation and the record, the court has determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The application for a period of disability and disability benefits is DENIED and the Commissioner's decision is AFFIRMED.

DONE AND ORDERED this 22nd day of September, 2011.

s/ *M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE